Argued and submitted April 6, judgment modified; affirmed as modified May 9, 1990

In the Matter of the Marriage of

# THOMPSON,
*Respondent,*

*and*

# SCHELL,
*Appellant.*

(D13-539; CA A61483)

791 P2d 153

Clint A. Lonergan, Portland, argued the cause for appellant. With him on the brief was Richard L. Lonergan, Portland.

Mark A. Johnson and Gevurtz, Menashe, Hergert, Larson & Kurshner, P.C., Portland, filed the brief for respondent.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

## PER CURIAM

On *de novo* review, we modify the judgment to require mother to pay $100 per month in child support to commence on the effective date of the appellate decision.

Judgment modified; affirmed as modified. Costs, not including attorney fees, to father.